CORFEE STONE LAW CORPORATION
Catherine M. Corfee, Esq., SBN 155064
P.O. Box 1098
Carmichael, CA 95609
T: (916) 487-5441; Fax: (916) 487-5440
Email: corfee.catherine@gmail.com
         corfee.assistant@gmail.com

Attorney for Cross Claimant
Hillandale Enterprises, LLC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hillandale Enterprises, LLC.<br><br>  Cross-Claimant<br><br>v.<br><br>AKM Foods, Inc., dba: Flames Restaurant Cross Defendants; Rajeev Mehta, individually; Parminder Kalotia, individually, and Narinder Aujla individually<br><br>  Cross-Defendants | **Case No.:  2:22-cv-00311-WBS-CKD**<br><br>**NOTICE OF HILLANDALE ENTERPRISES LLC'S VOLUNTARILY DISMISSAL OF CROSS-CLAIMANTS AGAINST AKM FOODS, INC.; AND INDIVIDUAL CROSS-DEFENDANTS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(2)** |

Pursuant to Federal Rule 41 (a)(1)(A)(2) of the FEDERAL RULES OF CIVIL PROCEDURE ("FRCP"), Cross-Claimant Hillandale Enterprises, LLC ("Cross-Claimant"), by and through its law firm, Corfee Stone Law Corporation, attorney Catherine M. Corfee Esq., voluntarily dismisses its crossclaim without prejudice against Cross-Defendants AKM Foods, Inc., dba: Flames Restaurant and Rajeev Mehta, individually; Parminder Kalotia, individually, and Narinder Aujla individually.

Dated:  6/14/22                                                  */s/ Catherine M. Corfee*

                                                                    Corfee Stone Law Corp.
                                                                    Attorney for Cross Claimant

**ORDER**

Before the court is Cross Claimant voluntarily dismissal without prejudice of its crossclaims against AKM Foods, Inc., dba: Flames Restaurant and Rajeev Mehta, individually; Parminder Kalotia, individually, and Narinder Aujla individually and it is therefore the opinion of this court that said parties shall be dismissed.

ACCORDINGLY, IT IS ORDERED, that Cross-Claimants counterclaims are dismissed without prejudice.

Dated: June 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE