UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AMANDA BARNES,<br><br>        Plaintiff,<br><br>  v.<br><br>AKM FOODS INC. dba FLAMES RESTAURANT & TAPHOUSE; HILLANDALE ENTERPRISES, LLC,<br><br>        Defendants.<br><br>AND RELATED CROSS-CLAIMS | No. 2:22-cv-00311 WBS CKD<br><br>ORDER REFERRING CASE TO VDRP AND STAYING PROCEEDINGS |

----oo0oo----

The court has determined that this case is appropriate for an early settlement conference and will refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

IT IS THEREFORE ORDERED that:

1. Within fourteen (14) days of this Order, the parties shall contact the court's VDRP administrator, Sujean

1

1  Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the
2  process of selecting an appropriate neutral.  The parties shall
3  carefully review and comply with Local Rule 271, which outlines
4  the specifications and requirements of the VDRP.
5         2.   Any party that objects to this referral to the
6  VDRP shall file its objections within seven (7) days of this
7  Order.  Such objections shall clearly outline why that party
8  believes that the action is not appropriate for referral to the
9  VDRP.
10        3.   To avoid the unnecessary expenditure of costs and
11  attorneys' fees, this action is hereby stayed to provide the
12  parties time to complete the VDRP session.  No later than five
13  (5) days after completion of the VDRP session, the parties shall
14  file a joint statement indicating whether a settlement was
15  reached.
16        4.   The parties shall complete the VDRP session no
17  later than August 15, 2022.  The court hereby resets the Status
18  (Pretrial Scheduling) Conference for September 12, 2022.  If a
19  settlement is not reached through VDRP, the parties shall submit
20  an Amended Joint Status Report no later than August 29, 2022.
21        IT IS SO ORDERED.
22  Dated:  June 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2