UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AMANDA BARNES,<br><br>             Plaintiff,<br><br>     v.<br><br>AKM FOODS INC. dba FLAMES RESTAURANT & TAPHOUSE; HILLANDALE ENTERPRISES, LLC,<br><br>             Defendants. | No. 2:22-cv-00311 WBS CKD<br><br>ORDER RE: MOTION TO STAY VDRP |

----oo0oo----

On June 15, 2022, after determining that this case was appropriate for an early settlement conference, the court referred the action to the court's Voluntary Dispute Resolution Program ("VDRP"). (Docket No. 16.) On June 20, 2022, defendant Hillandale Enterprises, LLC filed an administrative motion requesting that the court stay VDRP. (Docket No. 19.) Plaintiff has since filed a statement stating that she does not oppose a

1

stay and agreeing that VDRP should be stayed.  (Docket No. 24.)

Given the pendency of Hillandale's motion to dismiss (Docket No. 17), the court believes it is more appropriate at this time to vacate the VDRP referral than to stay it.

IT IS THEREFORE ORDERED that the court's prior order referring the parties to VDRP (Docket No. 16); the deadlines contained in that order (see id.); and the hearing on plaintiff's administrative motion, currently scheduled for July 25, 2022, at 1:30 p.m., are hereby VACATED.  The Scheduling Conference currently set for September 12, 2022 at 1:30 p.m. shall remain on calendar.  The parties shall submit an Amended Joint Status Report no later than August 29, 2022

Following resolution of the pending motion to dismiss and of the related issues addressed in plaintiff's statement, (see Docket No. 24), the court may again consider a request to refer the parties to VDRP, if they agree the case is suitable for VDRP at that time.

Dated:  July 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2